AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>PAUL CHARLES CLEMENT<br><br>*Defendant(s)* | Case No.<br>5:25-mj-00011 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/8/2024 through in or around 12/2024__ in the county of __Greenbrier__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure to register as a sex offender |

This criminal complaint is based on these facts:

From on or about March 8, 2024, through in or around December 2024, at or near Ronceverte, Greenbrier County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant PAUL CHARLES CLEMENT, a person required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate or foreign commerce, did knowingly fail to register and update his registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Waggamon, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __05/02/2025__



City and state: __Bluefield, West Virginia__

Omar J. Aboulhosn
United States Magistrate Judge